IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY CG  D.C.
05 AUG 18  AM 11:20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

TAMYRA D. LONNEE,

    Plaintiff,

v.                                                    No. 05-2583-B/P

PENSKE TRUCK LEASING COMPANY, LP,
PENSKE TRUCKING LEASING
CORPORATION, FREIGHTLINER, LLC,
JOHN DOE LESSOR, JOHN DOE
MAINTENANCE, JOHN DOE SELLER, and,
JOHN DOE MANUFACTURER,

    Defendants.

---

## ORDER OF REFERENCE

---

Before the Court is Defendant Freightliner, LLC'S Motion for Plaintiff's Complaint to Comply with the Tennessee Products Liability Act filed on August 17, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 18th day of August, 2005.

                                            J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02583 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

J. Britt Phillips
LAW OFFICE OF J. BRITT PHILLIPS
217 2nd Ave., S.
Franklin, TN 37064

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT