IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TAMYRA D. LONNEE,

    Plaintiff,

vs.                                             Civ. No. 05-2583-B/P

PENSKE TRUCK LEASING COMPANY,
et al.

    Defendants.

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT FREIGHTLINER, LLC'S MOTION FOR PLAINTIFF'S COMPLAINT TO COMPLY WITH THE TENNESSEE PRODUCTS LIABILITY ACT

Before the Court is Defendant Freightliner, LLC's Motion for Plaintiff's Complaint to Comply with the Tennessee Products Liability Act, filed August 17, 2005 (Dkt #3). A review of the record reveals that Freightliner did not file a certificate of consultation with its motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." Id.

Therefore, Freightliner's motion is DENIED, without prejudice.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-22-05



Freightliner may renew its motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

August 19, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02583 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

J. Britt Phillips
LAW OFFICE OF J. BRITT PHILLIPS
217 2nd Ave., S.
Franklin, TN 37064

Honorable J. Breen
US DISTRICT COURT