IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TAMYRA D. LONNEE,

    Plaintiff,

v.                                       No. 05-2583 B

PENSKE TRUCK LEASING COMPANY,
L.P., PENSKE TRUCK LEASING
CORPORATION; FREIGHTLINER, LLC;
JOHN DOE LESSOR; JOHN DOE
MAINTENANCE; JOHN DOE SELLER
AND JOHN DOE MANUFACTURER,

    Defendants.

---

## ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION TO DISMISS AS TO PENSKE TRUCK LEASING CORPORATION SHOULD NOT BE GRANTED

---

Before the Court is the October 13, 2005 motion to dismiss filed by the Defendant Penske Truck Leasing Corporation ("Penske") against the Plaintiff. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1] Accordingly, the Plaintiff is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced here in should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of Plaintiff's claims against Penske.

IT IS SO ORDERED this 28th day of November 2005.

    J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this district, responses to motions to dismiss "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02583 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

J. Britt Phillips
LAW OFFICE OF J. BRITT PHILLIPS
217 2nd Ave., S.
Franklin, TN 37064

Honorable J. Breen
US DISTRICT COURT